USDC SDNY
DOCUMENT
ELECTRO...

10/17/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JANET WASHINGTON
                           Plaintiff,

      -against-                                   16 **CIVIL** 9588 (ER)

## JUDGMENT

NYC DEPARTMENT OF EDUCATION,
JEFFREY SANTIAGO, as principal of C.S. 67,
DONNA FERGUSON, as assistant principal of
C.S. 67 and Carmen Noriega, as assistant
principal of C.S. 67,
                        Defendants.
-----------------------------------------------------------X

      Defendants Board of Education of the City School District of the City of New York ("DOE") (also known as and sued herein as the "New York City Department of Education, Jeffrey Santiago ("Santiago"), Donna Ferguson ("Ferguson"), and Carmen Noriega ("Noriega") (together, "Defendants"), having moved to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Edgardo Ramos, United States District Judge, and the Court, on October 16, 2017, having rendered its Opinion and Order granting Defendants' motions to dismiss, and directing the Clerk of the Court to close the case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 16, 2017, Defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York
           October 17, 2017

                                                       RUBY J. KRAJICK
                                                         Clerk of Court
                                    BY:
                                                          Deputy Clerk

                                       THIS DOCUMENT WAS ENTERED
                                       ON THE DOCKET ON 10/17/2017