UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JANET WASHINGTON,

                      Plaintiff,                    Case No.: 16-cv-9588 (ER)

                                                      **NOTICE OF APPEAL**

      -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
JEFFREY SANTIAGO, as principal of C.S. 67,
DONNA FERGUSON, as assistant principal at C.S. 67,
and CARMEN NORIEGA, as assistant principal at C.S. 67,

                    Defendants.
-------------------------------------------------------------------X

       NOTICE IS HEREBY GIVEN that the plaintiff, Janet Washington, hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment dismissing Plaintiff's complaint, entered in this action on October 16, 2017.

Dated: New York, New York
       November 16, 2017

                                                          BALLON STOLL BADER & NADLER, P.C.

                               By:      _____
                                                  Marshall B. Bellovin, Esq. (MB 5508)
                                                  *Attorneys for Plaintiff*
                                                  729 Seventh Avenue, 17th Floor
                                                  New York, New York 10019
                                                   212-575-7900